## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ameenah Hill,                                                  Civil No. 04-4733 (DWF/AJB)

        Plaintiff,

v.                                                             **ORDER**

Ronald J. Bathrick,

        Defendant.

___

Jerome A. Ritter, Esq., Ritter & Fenske, counsel for Plaintiff.

Paul W. Rogosheske, Esq., Thuet Pugh Rogosheske & Atkins, counsel for Defendant.

___

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 2, 2005, with all the files and records, and no objections having been filed to said recommendation, **IT IS ORDERED** that this case is hereby **REOPENED** and that the cases entitled *Hill v. Bathrick*, Civil File No. 04-4733 (DWF/AJB); *Anderson v. Bathrick*, Civil File No. 04-940 (DWF/AJB); and *Rosas v. Bathrick*, Civil File No. 04-4381 (DWF/AJB) are hereby **CONSOLIDATED** for purposes of trial.


Dated: June 6, 2005          s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        Judge of United States District Court